# United States Court of Appeals

### For the Eighth Circuit

_____

No. 16-4373

_____

Major Calhoun,

*Plaintiff - Appellant*,

v.

Corizon Correctional Health Care; Roschell Davis, Health Services Administrator, Individually and Officially; Kendis Archer, Medical Director (Former), Individually and Officially; Thomas Kevin Bredeman, Individually and Officially,

*Defendants - Appellees*.

_____

Appeal from United States District Court
for the Eastern District of Missouri - Hannibal

_____

Submitted: September 29, 2017
Filed: October 4, 2017
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Missouri inmate Major Calhoun filed this 42 U.S.C. § 1983 action claiming defendants showed deliberate indifference to his serious medical needs with regard

to the treatment Calhoun received for his injured right wrist. The district court[1] granted defendants' motion for summary judgment upon finding that the record established, at most, negligence. Following careful de novo review of the record, which included evidence showing that Calhoun consistently received care when he sought treatment and that he eventually underwent a recommended surgical procedure to treat his symptoms, we agree with the district court that defendants are entitled to summary judgment and therefore affirm. *See* 8th Cir. R. 47B.

———————————————

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.